JASON FRANCO

VERSUS

WRIGHT & GRAY, LLC

NO. 25-C-351

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Tran*

Linda Tran
First Deputy, Clerk of Court

August 08, 2025

Linda Tran
First Deputy Clerk

**IN RE** WRIGHT & GRAY, LLC

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 843-585

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

## WRIT GRANTED FOR A LIMITED PURPOSE

Relator, Wright & Gray, LLC, seeks emergency, expedited review of the

24th Judicial District Court's July 28, 2025 ruling which declined to grant its *ex-*

*parte* Motion to Dissolve Writ of *Fieri Facias*, filed to collect an award of

attorney's fees, but instead, set the matter for hearing on August 25, 2025.

Relator requests that this court correct the lower court's alleged manifest error

by either (1) issuing an order staying execution or levy of the writ of fieri facias,

(2) directing the district court to sign the order dissolving the improvidently

granted writ of fieri facias, or (3) directing the Sheriff of Jefferson Parish to stay

the execution or levy of the writ of fieri facias.

25-C-351

Upon review, we grant the writ for the limited purpose of staying the execution or levy of the writ of fieri facias pending the district court's ruling on Relator's Motion to Dissolve Writ, as the issue is in the process of being litigated by the court.

Gretna, Louisiana, this 8th day of August, 2025.

**MEJ**
**JGG**

JASON FRANCO

VERSUS

WRIGHT & GRAY, LLC

NO. 25-C-351

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

**SCHLEGEL, J., DISSENTS WITH REASONS**

I do not agree that relator, Wright & Gray, LLC, is entitled to relief from this Court. If relator wanted a stay of the execution of the March 24, 2025 judgment, it should have filed a suspensive appeal.

**SUS**

25-C-351

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/08/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-C-351**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
P. M. Donovan (Respondent)          W. J. LeBlanc, Jr. (Relator)

### MAILED

Scott E. Delacroix (Respondent)          David I. Courcelle (Respondent)
Attorney at Law                          Attorney at Law
321 North Vermont Street                 3500 North Causeway Boulevard
Suite 105                                Suite 185
Covington, LA 70433                      Metairie, LA 70002



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David L. Courcelle
Attorney at Law
3500 North Causeway Boulevard
Suite 185
Metairie, LA 70002
25-C-351          08-03-25

9590 9402 2434 6249 3643 04

2. Article Number *(Transfer from service label)*

7012 1010 0003 7112 5485

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _Jamie O'Henry_    ☐ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
_Jamie Courcelle_

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt